*Appellant 6-10-21*

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

AHMED HUSAIN ZUBAIR,
        Debtor,
--------------------------------------------------------------x
AHMED HUSAIN ZUBAIR,
        Appellant,

v.

KRISTA M. PREUSS,
        Appellee.
--------------------------------------------------------------x

**ORDER**

21 CV 4222 (VB)

The Court conducted a status conference today, at which appellant, proceeding pro se, and counsel for appellee appeared by telephone. Accordingly, it is HEREBY ORDERED:

By June 24, 2021, counsel for appellee shall file a letter regarding (i) the status of any foreclosure proceeding relating to appellant's mortgage and property; and (ii) whether and when notice that the record has been transmitted or is available electronically is likely to be docketed.

Dated: June 10, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge