UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

AHMED HUSAIN ZUBAIR,
          Debtor,
--------------------------------------------------------------x
AHMED HUSAIN ZUBAIR,
          Appellant,

v.

KRISTA M. PREUSS,
          Appellee.
--------------------------------------------------------------x

**ORDER**

21 CV 4222 (VB)

On June 10, 2021, the Court held a status conference at which appellant, proceeding pro se, and counsel for appellee appeared by telephone. During the conference, the Court indicated that it would set a briefing schedule when the notice of record of appeal availability was filed on the docket. On June 21, 2021, the notice of record of appeal availability was filed. Accordingly, it is HEREBY ORDERED:

1. By **August 2, 2021**, appellant shall serve and file his brief.

2. Appellee must serve and file its brief within 30 days after service of appellant's brief.

3. Appellant may serve and file a reply brief within 14 days after service of appellee's brief.

Chambers will mail a copy of this Order to appellant at the address on the docket.

Dated: June 22, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1