UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

AHMED HUSAIN ZUBAIR,

                              Debtor.
----------------------------------------------------------X
AHMED HUSAIN ZUBAIR,

                              Appellant,                      20 **CIVIL** 8829 (VB)

         -against-                                               **JUDGMENT**

FAY SERVICING, LLC, as servicing agent for
Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for
Hilldale Trust,

                              Appellee.
----------------------------------------------------------X
AHMED HUSAIN ZUBAIR,

                              Appellant,                      21 **CIVIL** 4222 (VB)

         -against-

KRISTA M. PREUSS,

                              Appellee.
----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 26, 2021, The Bankruptcy Court's September 28 Order and Dismissal Order are AFFIRMED; accordingly, these cases 20cv8828, and 21cv4222 are closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**Dated:** New York, New York
October 27, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:** _____
**Deputy Clerk**